UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **IMPERIAL CRANE SERVICES, INC.** | : | **DOCKET NO. 21-cv-01183** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **H&E EQUIPMENT SERVICES, INC.** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 18] having been considered, together with the Objection [Doc. No. 19] filed by Plaintiff Imperial Crane Services, Inc., and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 10] is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this 28th day of June 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**